■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FAGAN, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated October 11, 1967, dismissed. We construe defendant's motion as one for resentence. As such, the order denying the motion is not appealable (*People* v. *Machado,* 18 A D 2d 1103; *People* v. *Noor,* 31 A D 2d 524). We have nevertheless considered the motion on its merits and, were we not dismissing this appeal, we would affirm the order. Beldock, P. J., Christ, Brennan, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HARRY HAZZARD, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 12, 1967, convicting defendant of various crimes, upon a jury verdict, affirmed. In our opinion, the proof as to the first count of the indictment (felonious sale of narcotics), albeit circumstantial, was clearly sufficient to sustain the conviction (*People* v. *Taddio,* 292 N. Y. 488). Furthermore, although the absence of any proof that appellant possessed one or more ounces of a narcotic drug rendered the statutory presumption of intent to sell by reason of possession of such a quantity unavailable (see former Penal Law, § 1751, subd. 2), there was other evidence sufficient to establish beyond a reasonable doubt the existence of the intent charged in the second count of the indictment (cf. *People* v. *Silverman,* 23 A D 2d 947). Such intent was established by the testimony of one of the police officers who had witnessed an actual sale of narcotics by appellant immediately prior to his arrest and by the proof that nine separate packages, subsequently found to contain heroin, were found on appellant's person at the time of his arrest. Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARJORIE OSTRANDER, Appellant.— Judgment of the County Court, Dutchess County, rendered December 11, 1968, affirmed on the opinion of Judge BARATTA. Beldock, P. J., Christ, Brennan, Rabin and Benjamin, JJ., concur. [58 Misc 2d 383.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RYERSON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, dated December 31, 1968, which denied the application. Order affirmed, with leave to renew the application upon proper supporting papers (*People* v. *Scott,* 10 N Y 2d 380; *People* v. *Garvin,* 28 A D 2d 1145). Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIS GUILLERMO SOTO, Appellant.— Judgment of the Supreme Court, Queens County, rendered February 17, 1967, affirmed. (See *People* v. *Ali,* 29 A D 2d 779.) Beldock, P. J., Christ, Hopkins, Munder and Kleinfeld, JJ., concur.